## Punxsutawney Borough, Appellant, *v.* Wingert.

Argued May 4, 1915. Appeal, No. 163, April T., 1915, by plaintiff, from judgment of C. P. Jefferson Co., Aug. T., 1914, No. 284, for defendant on case tried by the court without a jury in suit of Punxsutawney Borough v. Perry A. Wingert. Before RICE, P. J., ORLADY, HEAD, PORTER, HENDERSON, KEPHART and TREXLER, JJ. Affirmed.

OPINION BY PORTER, J., July 21, 1915:

This appeal presents only the same questions considered in the opinion this day filed in the case of Borough of Punxsutawney v. Mary A. Nordstrom, ante, p. 253, and for the reasons there stated the specifications of error are overruled.

The judgment is affirmed.